IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS



| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CRIMINAL NO. 18-30043-SMY |
| Plaintiff,   ) | |
| )   | |
| vs.   ) | Title 18, United States Code, |
| )   | Sections 2251(a) and 2252A(a)(2)(A). |
| TRAVIS J. VARBLE,   ) | |
| )   | |
| Defendant.   ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

FILED

MAR 2 1 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**COUNT 1**

**SEXUAL EXPLOITATION OF A MINOR**

Between on or about December 12, 2012, and on or about December 12, 2013, in Madison

County, Illinois, within the Southern District of Illinois,

**TRAVIS J. VARBLE,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, K.M.,

to engage in sexually explicit conduct for the purpose of producing a visual depiction of such

conduct which visual depiction, namely "DD2.mp4," was intended to be transported in interstate

commerce and was actually transported in interstate commerce; all in violation of Title 18, United

States Code, Section 2251(a).

## COUNT 2

### SEXUAL EXPLOITATION OF A MINOR

Between on or about December 12, 2012, and on or about December 12, 2013, in Madison County, Illinois, within the Southern District of Illinois,

### TRAVIS J. VARBLE,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, K.M., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct which visual depiction, namely "DD3.flv," was intended to be transported in interstate commerce and was actually transported in interstate commerce; all in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3

### DISTRIBUTION OF CHILD PORNOGRAPHY

Between on or about December 12, 2012, until on or about December 12, 2013, in Madison County, within the Southern District of Illinois,

### TRAVIS J. VARBLE,

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, "DD2.mp4" and "DD3.flv," that had been mailed, and that had been shipped or transported using any means or facility of interstate or foreign commerce by any means, including by computer; and that had been shipped or transported using any means or facility

2

of interstate or foreign commerce; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**A TRUE BILL**

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond:  Detention.

3